UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| DAVID SINGLETARY, | ) | Case No.07cv2022 JM(WMc) |
| Plaintiff, | ) | |
| v. | ) | ORDER OF DISMISSAL |
| RITALBEN, INC. et al., | ) | |
| Defendants. | ) | |

The court hereby grants the stipulation of the parties (Docket No. 8) to dismiss this action with prejudice. The Clerk of Court is instructed to close the file.

IT IS SO ORDERED.

DATED: January 15, 2008

_____
Hon. Jeffrey T. Miller
United States District Judge